IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ROCK, AN ARIZONA CORPORATION,<br><br>          **Plaintiff**,<br><br>   v.<br><br>DECISION ONE MORTGAGE, et al.,<br><br>          **Defendant**s. | 1: 08-CV-1472 AWI SMS<br><br>**ORDER VACATING HEARING DATE OF DECEMBER 15, 2008 AND TAKING MATTER UNDER SUBMISSION** |

      Defendant Decision One Mortgage Company has noticed for hearing and decision a motion to dismiss the complaint.  The matter was scheduled for hearing to be held on December15, 2008.   Pursuant to Local Rule 78-230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than December 1, 2008.  Plaintiff failed to do so.

      Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, he is in violation of the Local Rules.  See 78-230(c).  Plaintiff is further not entitled to be heard at oral argument in opposition to the motion.  See 78-230(c). The court has reviewed Defendants' motion and the applicable law, and has determined that the motion is suitable for decision without oral argument.  See  Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 15, 2008, is VACATED, and no party shall appear at that time. As of December 15, 2008, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   December 10, 2008              /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE