**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE ROCK, A ARIZONA CORPORATION, SOLE BY: OVERSEER, OSWALD: GEORGNER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DECISION ONE MORTGAGE; COUNTRYWIDE HOME LOANS; RECON TRUST COMPANY; BANK OF NEW YORK; CWALT, INC.; GREENTREE MORTGAGE SELECT PORTFOLIO SERVICING, INC.; KEENAN EDWARD McCLENAHAN; MILES BAUER, BERGSTROM & WINTERS; MISHELLE HINEMAN; LaRAYNE CLEEK; BILL WITTMAN,<br><br>　　　　Defendants. | NO. 1:08-CV-01472-AWI-SMS<br><br>ORDER VACATING JANUARY 5, 2009 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

　　Defendants' motion to dismiss has been set for hearing in this case on January 5, 2009. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of January 5, 2009, is VACATED, and the parties shall not appear at that time. As of January 5, 2009, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   December 23, 2008**　　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE